
# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S CRAB HOUSE, LLC, a Virginia limited liability company; HENG SAM CHHAY an individual,<br><br>Defendants. | Case No. 8:23-CV-02424-JVS-KES<br><br>[Assigned to the Hon. James V. Selna]<br><br>**JUDGMENT** |

# JUDGMENT

Pursuant to the Motion for Default Judgment ("Motion") of Plaintiff Ameris Bank d/b/a Balboa Capital ("Balboa"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendant Sam's Crab House, LLC, a Virginia limited liability company ("Sam's Crab House") and Heng Sam Chhay, an individual ("Chhay") (collectively, "Defendants"), in the total amount of **$124,270.99**; which represents (1) the principal amount owed of $111,090.72; (2) costs in the amount of $603.00; (3) attorneys' fees in the amount of $5,821.81; and (4) $6,755.46, in prejudgment interest at the statutory rate of ten percent (10%) per annum, from November 17, 2023 (the date of breach), to June, 25, 2024 (the date of Judgment).

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: June 25, 2024

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE